# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO.  4:05cr40-RH/WCS

KURTIS EMMANUEL MILLER,

      Defendant.

_____/

## ORDER EXTENDING DEADLINE TO
## REPORT FOR SERVICE OF SENTENCE

Defendant Kurtis Emmanuel Miller's motion to extend the deadline to report

for service of sentence (document 40) is GRANTED.  Mr. Miller shall report to his

designated institution by 2:00 p.m. on May 12, 2006.

SO ORDERED this 9th day of March, 2006.

s/Robert L. Hinkle
Chief United States District Judge